THE STATE, WILLIAM LANE, PROSECUTOR, v. THE OCEAN
     GROVE CAMP MEETING ASSOCIATION.

A *certiorari* directed to the judges of a Court of Common Pleas command-
     ing them to send up, under their seals, a certain judgment pronounced
     by them is not obeyed by filing in this court a narrative of the action
     signed by the attorneys in the case.

On *certiorari.*

Argued at February Term, 1895, before Justices VAN
SYCKEL, MAGIE and GARRISON.

For the prosecutor, *Samuel A. Patterson.*

For the defendant, *John E. Lanning.*

The opinion of the court was delivered by

GARRISON, J.    There has been no compliance with the
mandate of this writ, viz., that the judges of the Court of
Common Pleas send to us the record and judicial proceedings
under their seals.    There is on file, as shown by the printed
case, a paper signed by the attorneys, giving, as they under-
stand it, a history of the action.    Such narrative cannot, how-
ever, constitute the basis upon which this court can either
approve or condemn the course of judicial conduct below.

Our writ is explicit; it states what is to be sent up, by
whom, and how.    It is difficult to see by what process of
reasoning the direction "that you send under your seals" ad-
dressed to judicial officers with respect to a judgment pro-
nounced by them can be interpreted to mean "a state of fact
that may be agreed upon by the attorneys in the case."    The
question is not one of form; it is fundamental in every view
that can be taken of the function and practice of appellate
jurisdiction.    *Staten Chemical Co.* v. *Miller,* 29 *Atl. Rep.*
316, and cases cited.

The writ will be dismissed.